JUDGE KATHLEEN CARDONE

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: _____ | | UNSEALED __XX__ |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: March 5, 2014 | MAG CT #: 14-MJ-00527-RFC | FBI #: |
| CASE NO: EP-14-CR- | ASSISTANT U.S. ATTORNEY: MICHAEL WHYTE | |
| DEFENDANT: **MARIA PATRICIA HERNANDEZ** | | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: U.S. Citizen    INTERPRETER NEEDED: No    LANGUAGE:

DEFENSE ATTORNEY: Sergio Garcia
ADDRESS: FPD

EMPLOYED _____
APPOINTED __XX__

DEFENDANT IS: in Custody
ADDRESS: El Paso County Detention Facility

DATE OF ARREST: February 9, 2014    BENCH WARRANT: No

PROSECUTION BY:   INDICTMENT

EP14CR0350

OFFENSE (Code and Description):
CT 1:   21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE
CT 2:   21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE

OFFENSE IS:   FELONY

MAXIMUM SENTENCE:   5 YRS (NO MIN MANDATORY)/$250,000/AT LEAST 2 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY:   NO

REMARKS: HSI-Michelle Malfavon

WDT-Cr-3

Rev 02-27-2014