AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

MARIA PATRICIA HERNANDEZ

Defendant.

Case Number    EP-14-CR-350-KC
USM Number    51332-080

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MARIA PATRICIA HERNANDEZ, was represented by Sergio Garcia.

On motion of the United States, the Court has dismissed Count(s) Two (2).

The defendant pled guilty to Count(s) One (1) of the Indictment on April 9, 2014. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
| --- | --- | --- | --- |
| 21 U.S.C. 952 and 960 | Importing a quantity of marijuana | February 9, 2014 | One (1) |

As pronounced on July 15, 2014, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___16th___ day of July, 2014.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ON  8-8-14   SUBJECT
REL TO:  Street
R. ALMONTE, USM
BY: _____

FILED 2014 AUG -8 AM 10: 23