PROB 35

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

FILED
2017 MAR -2 PM 3:18

UNITED STATES OF AMERICA

v.

Maria Patricia Hernandez

Crim. No. EP-14-CR-350KC

On July 15, 2014, the above named Defendant was sentenced in the above numbered cause to six (6) months custody and three (3) years supervised release for the offense of Importing a Quantity of Marijuana. On August 8, 2014, the Defendant released from federal custody and began service of the term of supervised release which was scheduled to be in effect until August 7, 2017. The probation officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18, United States Code, § 3583(e)(1), the U.S. Probation Officer recommends that the supervised releasee be discharged from supervision.

Respectfully submitted,

Karen S. Eisenberg, U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office, discharged from supervision, and that the proceedings in the case be terminated.

Dated this 2nd day March of 2017

Kathleen Cardone, United States District Judge